# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ANDRE TILAHUN | ) | Case No. 21-MJ-2295-MBB |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of May 24, 2020 in the county of Norfolk in the District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit of HSI Agent Janet Connolly

☐ Continued on the attached sheet.

*Janet L Connolly*
Complainant's signature

HSI SA Janet Connolly
Printed name and title

Sworn to before me and signed in my presence.

Date: 05/03/2021

HON. MARIANNE B. BOWLER
United States Magistrate Judge

City and state: Brookline, Massachusetts