✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**  **Category No.** II  **Investigating Agency** HSI

**City** Quincy  **Related Case Information:**

**County** Norfolk
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant  x  New Defendant _____
Magistrate Judge Case Number  21-MJ-2295-MBB
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Andre Tilahun  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Quincy, MA

Birth date (Yr only): 1993  SSN (last4#): _____  Sex: M  Race: _____  Nationality: USA

**Defense Counsel if known:** Cara McNamara  Address: Federal Defender's Office

**Bar Number**: _____

**U.S. Attorney Information:**

AUSA: Benjamin A. Saltzman  Bar Number if applicable: 683169

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date**: _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: MBB  on 05/20/2021

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/01/2021  Signature of AUSA: /s/ Benjamin A. Saltzman

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Andre Tilahun

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | I |
| Set 2 | 18 U.S.C. §§ 2252A(a)(5)(B) | Possession of Child Pornography | II |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____