UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) Criminal No. 21-CR-10173-PBS<br>) |
| ANDRE TILAHUN,<br>  Defendant. | )<br>)<br>) |

## FINAL ORDER OF FORFEITURE

**SARIS, D.J.**

WHEREAS, on January 20, 2023, this Court issued a Preliminary Order of Forfeiture against the following property, in connection with the charges against the defendant Andre Tilahun (the "Defendant"), pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure:

    (a)    iPhone X, serial number G0QVW0U5JCLF, seized on or about April 20, 2021; and

    (b)    MacBook Pro, serial number C02J57MNDKQ1, seized on or about April 20, 2021;

(collectively, the "Property");

WHEREAS, notice of the Preliminary Order of Forfeiture was sent to all interested parties and published on the government website www.forfeiture.gov for thirty (30) consecutive calendar days, beginning on February 3, 2023 and ending on March 4, 2023;

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so has expired;

ACCORDINGLY, it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    The United States' Motion for a Final Order of Forfeiture is allowed.

    2.    The United States of America is now entitled to the forfeiture of all rights, title or interests in the Property, which are hereby forfeited to the United States of America pursuant to

18 U.S.C. § 2253, and Rule 32.2(c) of the Federal Rules of Criminal Procedure.

3. All other parties having any rights, title or interests in the Property are hereby held in default.

4. The United States is hereby authorized to dispose of the Property in accordance with applicable law.

5. This Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

/s/ Patti B. Saris
PATTI B. SARIS
United States District Judge

Dated: 5/8/23